# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00334-CV

**Paul O'Brien, Appellant**

**v.**

**Tiffanie O'Brien, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-22-005157, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Paul O'Brien has filed an unopposed motion to abate this appeal pending a mediation ordered by the trial court to occur no later than September 22, 2025. We abate this appeal to allow the parties to conduct the court-ordered mediation. *See* Tex. R. Civ. P. 2 (appellate court may suspend rule's operation in particular case and order different procedure). The parties shall submit a motion to dismiss the appeal, a motion to reinstate the appeal, or a status report concerning the status of the settlement process accompanied by a motion to extend the abatement on or before **September 29, 2025**. The appeal will remain abated until further order of this Court.

It is so ordered on July 24, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated

Filed: July 24, 2025